**E-FILED on** __11/13/06__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re PALM TREO 600 and 650 LITIGATION | **Master File No. C-05-03774 RMW** |
|---|---|
| This Document Relates To: WILLIAMS, C-06-00907 | ORDER AWARDING PALM, INC. COSTS & FEES AGAINST REGINALD VON TERRELL, THE TERRELL LAW GROUP, DONALD CHIDI AMAMGBO, AND AMAMGBO & ASSOCIATES<br><br>**[Re Docket Nos. 15, 16, 17]** |

On September 12, 2006, the court issued an order to show cause to Reginald Von Terrell, the Terrell Law Group, Donald Chidi Amamgbo, and Amamgbo & Associates, ordering them to show why they should not be sanctioned under 28 U.S.C. § 1927 for "unreasonably and vexatiously" multiplying proceedings before this court. Terrell, Amamgbo, and their law firms did not respond, and the court found that they had "unreasonably and vexatiously" multiplied proceedings in violation of 28 U.S.C. § 1927. On September 28, 2006, the court ordered that if defendant Palm, Inc. submitted detailed billing records, the court would order Terrell, Amamgbo, and their law firms to satisfy the costs, expenses, and attorneys' fees Palm reasonably incurred responding to the complaint in this action.

Palm submits the declaration of one of its attorneys, Roger Collanton, as well as a billing statement from Morrison & Foerster to Palm (redacted to show only entries relating to this action).

1  These documents show that Morrison & Foerster billed Palm a total of $25,173.60 for responding
2  to the complaint in this action.  The bulk of this cost, almost $20,000, was for Palm's motion to
3  dismiss.  Approximately $3,000 was for preparation for a case management conference, which,
4  because Palm's motion to dismiss was granted, never occurred.  Approximately $1,000 was spent
5  on preparing for alternative dispute resolution, which likewise did not occur.  Only $88.60 is for
6  costs, consisting of photocopies and travel.

7  Section § 1927 limits any recovery by Palm to what is reasonable.  Palm moved to dismiss
8  the complaint because the plaintiffs served it ten days beyond the time limit set by Rule 4(m).  The
9  issue was straightforward, and Palm's moving papers contained only four pages of argument
10 (which, under the circumstances, was more than sufficient).  Successfully moving to dismiss this
11 complaint was of limited benefit to Palm, as no claims were extinguished and the main action still
12 exists as a putative class action.

13 Eight hours of associate research time, two hours of review by a partner, and three hours
14 for a partner to travel to San Jose from San Francisco to appear at the hearing is the outer limit of
15 what would be reasonable to spend on this motion to dismiss.  Palm also had to make
16 arrangements regarding a case management conference and alterative dispute resolution, although
17 in light of Palm's motion to dismiss, it would have been reasonable for a partner to spend no more
18 three hours on these matters.  According to Collanton's declaration, his billing rate is $510 per
19 hour, and that of associate Claudia Vetesi is $285 per hour.  A reasonable amount of attorneys'
20 fees for responding to this complaint is therefore $6,360.[1]  The costs of $88.60 are not
21 unreasonable.  Palm is therefore entitled to collect $6,448.60 from Terrell, Amamgbo, and their
22 law firms; Terrell, Amamgbo, and their law firms shall be jointly and severally liable for this debt.

23 The court notes that under California Business & Professions Code § 6068(o)(3), Terrell and
24 Amamgbo are required to report this sanction to the State Bar of California.

25
26 DATED:       11/13/06                              *Ronald M. Whyte*
                                                     RONALD M. WHYTE
                                                     United States District Judge
27

---

28 [1]  (8 x $285) + [(2 + 3 + 3) x $510] = $6,360

ORDER AWARDING PALM, INC. COSTS & FEES AGAINST REGINALD VON TERRELL, THE TERRELL LAW GROUP,
DONALD CHIDI AMAMGBO, AND AMAMGBO & ASSOCIATES—Master File No. C-05-03774 RMW
JAH                                                 2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Reginald Von Terrell      REGGIET2@AOL.COM
Donald Chidi Amamgbo    DonaldAmamgbo@Citycom.com
Ira P. Rothken           ndca@techfirm.com

**Counsel for Defendant:**

Roger E. Collanton       rcollanton@mofo.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/1306                             /s/ JH
                                                     **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER AWARDING PALM, INC. COSTS & FEES AGAINST REGINALD VON TERRELL, THE TERRELL LAW GROUP, DONALD CHIDI AMAMGBO, AND AMAMGBO & ASSOCIATES—Master File No. C-05-03774 RMW
JAH
3