**E-FILED on**   11/13/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re PALM TREO 600 and 650 LITIGATION | **Master File No. C-05-03774 RMW** |
|---|---|
| This Document Relates To: | ORDER OF DISMISSAL |
| WILLIAMS, C-06-00907 | **[Re Docket No. 14]** |

On September 12, 2006, the court granted Palm, Inc.'s motion to dismiss the complaint of plaintiffs Fred Williams and Carman Johnson for failure to effect timely service. This dismissal was without prejudice to plaintiffs filing an amended complaint. In the same order, the court issued an order to show cause to the plaintiffs' attorneys. The attorneys did not respond to the order to show cause, and they appear to have ceased meaningful participation in this case. As the plaintiffs are not prosecuting their case and have not availed themselves of the opportunity to file an amended complaint, the case is hereby dismissed. This dismissal shall not affect the potential recoveries of Williams, Johnson, or unnamed class members in the actions consolidated as case no. C-05-03774. Judgment will be entered accordingly.

DATED:    11/13/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER OF DISMISSAL—Master File No. C-05-03774 RMW
JAH

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Reginald Von Terrell     REGGIET2@AOL.COM
Donald Chidi Amamgbo     DonaldAmamgbo@Citycom.com
Ira P. Rothken     ndca@techfirm.com

**Counsel for Defendant:**

Roger E. Collanton     rcollanton@mofo.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/13/06              /s/ JH
                                         **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California